[No. 14959-5-III.    Division Three.    November 19, 1996.]

KENNETH R. LOCHRIDGE, ET AL., *Respondents*, v.
ROBERT SANBORN, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 94-2-03824-3, Harold D. Clarke, J.,
entered June 14, 1995. *Affirmed* by unpublished opinion
per Munson, J., concurred in by Sweeney, C.J., and
Thompson, J.


[No. 14274-4-III.    Division Three.    November 21, 1996.]

*In the Matter of the Marriage of* TABITHA JANE
WOODIE, *Respondent*, and BRYCE WAYNE WOODIE,
*Appellant*.

Appeal from a judgment of the Superior Court for
Yakima County, No. 91-3-01383-0, Commissioner Lani-Kai
Swanhart, entered July 26, 1994. *Reversed* by unpublished
opinion per Kurtz, J., concurred in by Sweeney, C.J., and
Schultheis, J.


[No. 18392-7-II.    Division Two.    November 22, 1996.]

CONNIE L. TIEMENS, ET AL., *Appellants*, v. WILLIAM C.
MORLAN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for
Cowlitz County, No. 93-2-00052-0, James E. F. X. Warme,
J., entered June 8, 1994. *Affirmed* by unpublished opinion
per Bridgewater, J., concurred in by Seinfeld, C.J., and
Armstrong, J.


[No. 19022-2-II.    Division Two.    November 22, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL
FERRAR-LEIVA, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 94-1-02369-3, Arthur W. Verharen, J., entered
December 15, 1994. *Affirmed* by unpublished opinion per
Armstrong, J., concurred in by Houghton, A.C.J., and
Morgan, J.